■ DEBRA A. MALONEY et al., Respondents, v DOUGLAS H. STONE, Defendant, and MANUFACTURERS AND TRADERS TRUST COMPANY (Successor by Merger to CENTRAL TRUST COMPANY), Appellant-Respondent, and ROXANE FAGAN et al., Respondents-Appellants. (Appeal No. 2.) [601 NYS2d 883] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the same Memoran-

dum as in *Maloney v Stone* (195 AD2d 1065 [decided herewith]). (Appeals from Order of Supreme Court, Monroe County, Siracuse, J.—Summary Judgment.) Present—Pine, J. P., Fallon, Boomer, Davis and Boehm, JJ.